IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


AMIR JAVED,

       Petitioner,

v.                                                                    4:11cv367-WS

ERIC H. HOLDER, JR., et al.,

       Respondents.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

      Before the court is the magistrate judge's report and recommendation docketed December 28, 2011.  See Doc. 21.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The defendants have since filed a motion to dismiss the case as moot, the habeas petitioner having been removed to his native Pakistan on December 6, 2011.

      The court having considered the magistrate judge's report and recommendation as well as the defendants' motion to dismiss, it is ORDERED:

      Accordingly, it is ORDERED:

      1.  The defendants' motion to dismiss (doc. 23) is GRANTED.

      2.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice.

3.  The clerk is directed to enter judgment stating: "All claims are DISMISSED

without prejudice."

DONE AND ORDERED this ___9th___ day of ___January___, 2012.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE