IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMIR JAVED,

    Petitioner,

v.                                                          4:11cv367-WS

ERIC H. HOLDER, JR., et al.,

    Respondents.

## ORDER DISMISSING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed December 28, 2011.  See Doc. 21.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The defendants have since filed a motion to dismiss the case as moot, the habeas petitioner having been removed to his native Pakistan on December 6, 2011.

The court having considered the magistrate judge's report and recommendation as well as the defendants' motion to dismiss, it is ORDERED:

Accordingly, it is ORDERED:

1. The defendants' motion to dismiss (doc. 23) is GRANTED.

2. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice.

Page 2 of 2

3. The clerk is directed to enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this __9th__ day of __January__, 2012.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE